UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONNIE SUSAN MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:13-cv-01551-RLY-DML |
| ) | |
| MERIDIAN SECURITY INSURANCE ) | |
| CO., a successor in interest to STATE ) | |
| AUTO INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Comes now the court, having this day granted the Defendant's Motion for Summary Judgment and denied Plaintiff's Motion for Summary Judgment, and enters final judgment in favor of the Defendant and against the Plaintiff.

**SO ORDERED** this 30th day of June 2015.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

Copy to:

Ms. Connie Susan Maddox
3527 Fox Valley Place
Indianapolis, IN  46268